THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
BROCK H. LUNSFORD (No. 201740)
Special Assistant United States Attorney
Domestic Security and Immigration Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8611
     Facsimile: (213) 894-6436
     E-mail: Brock.Lunsford@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-1351M |
|---|---|
| Plaintiff, | ) <u>PROPOSED FINDINGS AND ORDER</u> |
| v. | ) |
| JOSE DE JESUS PARTIDA, | ) |
| Defendant. | ) |

PROPOSED FINDINGS & ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact stipulated to by the parties and finds that the interests of justice outweigh the defendant's and the public's right to the filing of charges and commencement of trial in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that the time between August 22, 2008, and September 22, 2008, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B). Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which charges must be filed and trial must commence.

    IT IS THEREFORE ORDERED that the Post-Indictment Arraignment scheduled for September 2, 2008, shall be continued to September 22, 2008, at 8:30 a.m.

DATED: Aug. 22, 2008

                       ___/s/ Carla M. Woehrle
                       UNITED STATES MAGISTRATE JUDGE